IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LARETTA MUSICO                                                              PLAINTIFF

v.                               Case No. 5:15-CV-5178

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                              DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. 11) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 28th day of December, 2016.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE